| PROB 22<br>(Rev. 2/88)<br><br>**TRANSFER OF JURISDICTION** | DOCKET NUMBER *(Tran. Court)*<br><br>2:00-cr-086-KJD-PAL |
| | DOCKET NUMBER *(Rec. Court)* |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE<br><br>Herbert Breckenridge Porter<br>Western District of Texas | DISTRICT<br><br>NEVADA | DIVISION<br><br>U.S. Probation Office |
| | NAME OF SENTENCING JUDGE<br><br>Kent J. Dawson | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM<br>04/12/2013 | TO<br>04/11/2018 |

OFFENSE

21 U.S.C. § 846 & 841(a)(1)     Attempted Manufacturing of a Controlled Substance
18 U.S.C. § 924(c)(1)               Carrying a Firearm During and in Relation to a Drug Trafficking Crime

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE  DISTRICT OF NEVADA

    IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Western District of Texas upon that Court's order of acceptance of jurisdiction.  This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

June 12, 2013

*Date*                                                                              *United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF TEXAS

    IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

Effective Date                                                                   United States District Judge